

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00777-CV

Cynthia **BAEZA**,
Appellant

v.

Floyd **ZAHN** and Helen Zahn,
Appellees

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 13-07-0622-CVA
Honorable Donna S. Rayes, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against the party who incurred them.

SIGNED December 3, 2014.

_____
Rebeca C. Martinez, Justice